United States District Court
Southern District of Texas
**ENTERED**
January 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KASSIM BIMBOLA, LAWAL, (# A079-430-170) § § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. H-15-1444 |
| § | |
| LORETTA E. LYNCH, *et. al.,* § § | |
| Respondents. § | |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Opinion of even date, the petition for a writ of habeas corpus is denied and this case is dismissed.

SIGNED on January 12, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge